## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

United States of America

                      Plaintiff,

v.                                                      Case No.: 1:20−cv−06959
                                                      Honorable Robert W. Gettleman

Village of Hinsdale

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 20, 2022:

      MINUTE entry before the Honorable Jeffrey Cole: Defendant Village of Hinsdale's Motion To Withdraw Its Pleading With Permission To Refile [46] in case #19cv7321 is granted. Emailed notice (yt)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.