**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| TRINITY SOBER LIVING, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 1:19-cv-7321 |
| v. | ) | |
| | ) | Judge Robert W. Gettleman |
| VILLAGE OF HINSDALE, ILLINOIS, | ) | Magistrate Judge Jeffrey Cole |
| | ) | |
| Defendant. | ) | |
| | ) | CONSOLIDATED WITH: |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 1:20-cv-6959 |
| v. | ) | |
| | ) | Judge Robert W. Gettleman |
| VILLAGE OF HINSDALE, ILLINOIS, | ) | Magistrate Judge Jeffrey Cole |
| | ) | |
| Defendant. | ) | |

**JOINT MOTION FOR ENTRY OF CONSENT DECREE**

Plaintiffs Trinity Sober Living LLC and the United States of America and Defendant Village of Hinsdale (collectively "the parties") hereby respectfully move for entry of the proposed Consent Decree, attached hereto, which resolves the claims and allegations contained in the United States' Complaint (Case No. 1:20-cv-6959, ECF No. 1) and Trinity Sober Living's Amended Complaint (Case No. 1:19-cv-7321, ECF No. 48). As stated in Section IX of the Decree, the parties respectfully request that the Court retain jurisdiction over this case for the purpose of enforcing the provisions and terms of this Decree.

Dated:  February 1, 2023

<div style="display:flex">
<div>

Respectfully submitted,

</div>
</div>

JOHN R. LAUSCH JR.
United States Attorney
Northern District of Illinois

s/ Kathleen Flannery
PATRICK JOHNSON
KATHLEEN FLANNERY
Assistant United States Attorneys
United States Attorney's Office
Northern District of Illinois
219 S. Dearborn St., Fifth Floor
Chicago, IL  60604
Tel: (312) 353-5327
Kathleen.Flannery@usdoj.gov
Patrick.Johnson2@usdoj.gov

KRISTEN CLARKE
Assistant Attorney General
Civil Rights Division

s/ Max Lapertosa
SAMEENA SHINA MAJEED
Chief
TIMOTHY MORAN
Deputy Chief
MAX LAPERTOSA
Attorney
United States Department of Justice
Housing and Civil Enforcement Section
Civil Rights Division
950 Pennsylvania Ave. NW – 4CON
Washington, DC  20530
Tel: (202) 305-1077
Fax: (202) 514-1116
Max.Lapertosa@usdoj.gov

Counsel for Plaintiff
United States of America

s/ Kurt Mathas (by express permission)
Kurt Mathas
Ross J. Corbett
Katherine Kyman
Winston & Strawn LLP
35 W. Wacker Drive
Chicago, IL 60601
Kmathas@winston.com
Rcorbett@winston.com
KKyman@winston.com

Counsel for Defendant Village of Hinsdale

s/ Sarah Jane Hunt (by express permission)
Sarah Jane Hunt
Thomas E. Kennedy, III
Kennedy Hunt P.C.
4500 W. Pine Blvd.
St. Louis, MO 63108
sarahjane@kennedyhuntlaw.com
tkennedy@kennedyhuntlaw.com

s/ Bradley Staubus (by express permission)
Bradley K. Staubus
Esposito & Staubus LLP
7055 Veterans Blvd., Unit B
Burr Ridge, IL 60527
bks@eslaw500.com

Counsel for Plaintiff
Trinity Sober Living, LLC